**DISMISS and Opinion Filed July 23, 2021**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00434-CV**

**CHRISTIAN ALINTAH, Appellant**
**V.**
**LVNV FUNDING, LLC, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-02561-2020**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

Before the Court is appellant's motion to dismiss the appeal because the parties have settled their differences. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/David J. Schenck//

210434f.p05

DAVID J. SCHENCK
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

CHRISTIAN ALINTAH, Appellant

No. 05-21-00434-CV       V.

LVNV FUNDING, LLC, Appellee

On Appeal from the County Court at Law No. 4, Collin County, Texas
Trial Court Cause No. 004-02561-2020.
Opinion delivered by Justice Schenck. Justices Reichek and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee LVNV FUNDING, LLC recover its costs of this appeal from appellant CHRISTIAN ALINTAH.

Judgment entered this 23rd day of July, 2021.